1 | BARRY J. PORTMAN
Federal Public Defender
2 | NICHOLAS P. HUMY
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

5 | Counsel for Defendant HARTLEY

6 |

7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11 |

12 | UNITED STATES OF AMERICA,                    )        No. CR-10-00345-JW
                                              )
13 |                    Plaintiff,             )        STIPULATION TO SCHEDULE A
                                              )        CHANGE OF PLEA HEARING ;
14 | vs.                                        )        [PROPOSED] ORDER
                                              )
15 | GIVEN DALLAS HARTLEY,                        )
                                              )
16 |                    Defendant.             )
     _____ )

17 |                              **STIPULATION**

18 |        Defendant Given Dallas Hartley, by and through Assistant Federal Public Defender

19 | Nicholas P. Humy, and the United States, by and through Assistant U.S. Attorney Allison

20 | Danner, hereby stipulates that, with the Court's approval, this matter be scheduled for a change

21 | of plea hearing on July 12, 2010 at 1:30 p.m.  This matter is currently set for trial on August 31,

22 | 2010, at 1:30 p.m.

23 | ///

24 | ///

25 | ///

26 | ///

1      IT IS SO STIPULATED.

2   Dated: June 30, 2010

3                                    _____/s/_____
                                     NICHOLAS P. HUMY
4                                    Assistant Federal Public Defender

5   Dated: June 30, 2010

6                                    _____/s/_____
                                     ALLISON DANNER
7                                    Assistant United States Attorney

8

9                          [PROPOSED] ORDER

10       GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

11   ORDERED that this matter be scheduled for a change of plea hearing on July 12, 2010 at

12   1:30 p.m.

13       IT IS SO ORDERED.

14   The trial period is VACATED.  Time is excluded from June 30, 2010 through July 12, 2010.

15   Dated:  July 1, 2010

16                                    _____
                                     THE HONORABLE JAMES WARE
17                                   United States District Court

18

19

20

21

22

23

24

25

26